IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          Case No. 1:23-bk-02289-HWV
    Dennis W. Tyndall

       Debtor                                  Chapter  13

## MOTION TO EXTEND TIME
### FOR FILING  ALL REMAINING DOCUMENTS

AND NOW, this  20th day of October, 2023, come the above Debtor, by his counsel, CGA Law

Firm, E. Haley Rohrbaugh, Esquire and files the within Motion averring that:

1.      The within Motion is brought pursuant to Bankruptcy Rule 1007 in that it seeks to extend

the time in which the Debtor must file all remaining documents.

2.      The above-captioned case is was filed as an emergency voluntary Chapter 13 petition on

October 4, 2023 for the purpose of stopping a levy against clients bank account .

3.      Debtor is still attempting to gather all income documentation needed to complete

the Schedules and Petition, additional time is necessary to allow Debtor to locate and bring in

the needed income and tax documentation.

4.      For the reasons, the Debtor respectfully request an extension until November 18, 2023 to

file all outstanding documents.


          Respectfully submitted,
          CGA Law Firm


        By: */s/ E. Haley Rohrbaugh*_____
          E. Haley Rohrbaugh, Esquire
          Sup. Ct. ID No. 323803
          135 N. George St. York, PA 17401
          Telephone: 717-848-4900
          (Counsel for Debtor)

{02362279/1}

<u>CERTIFICATE OF SERVICE</u>

 I hereby certify that on October 20, 2023, a true and correct copy of the foregoing Motion to Extend Time  for all remaining documents was or will be sent to the following by CM  / ECF:


Office of the U.S. Trustee


Jack N. Zaharopoulos, Esquire,
Chapter 13 Trustee

<div align="center" style="margin-left:40%">

*/s/ E. Haley Rohrbaugh*_____
E. Haley Rohrbaugh, Esquire

</div>

{02362279/1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          Case No. 1:23-02289-HWV
    Dennis W. Tyndall
        Debtor
                        Chapter 13

## ORDER GRANTING MOTION TO EXTEND TIME TO FILE ALL REMAINING DOCUMENTS

AND NOW, upon consideration of the Motion filed by the Debtor seeking to have the time in which to file all remaining documents extended, it is hereby

ORDERED that the time within which the Debtor must file all remaining documents be extended an additional thirty (30 ) days.

BY THE COURT,

{02362279/1}