United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Dennis Wayne Tyndall  
    Debtor

Case No. 23-02289-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jan 26, 2024      Form ID: ntcnfhrg      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dennis Wayne Tyndall, 224 First Avenue, Red Lion, PA 17356-1612 |
| 5570762 | + | CITIBANK, P.O. BOX 6097, SIOUX FALLS, SD 57117-6097 |
| 5570765 | + | DAVID J APOTHAKER, ESQ., APOTHAKER SCIAN PC, 100 CENTURY PARKWAY STE 310, MOUNT LAUREL, NJ 08054-1155 |
| 5570766 | + | DAVID J. APOTHAKER, ESQ., 520 FELLOWSHIP ROAD, C306, MOUNT LAUREL, NJ 08054-3410 |
| 5570767 | + | DAVID J. APOTHAKER, ESQUIRE, 520 FELLOWSHIP ROAD, P.O. BOX 5496, MOUNT LAUREL, NJ 08054-5496 |
| 5570754 | + | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5570769 | + | FIRST CAPITAL TRANSPORT, PO BOX 726, NEW CUMBERLAND, PA 17070-0726 |
| 5570770 | + | FSTAMPAY-MERMACLSE ACQ, 100 THROCKMORTON ST STE, FT WORTH, TX 76102-2870 |
| 5582047 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 5570776 | + | RED LION AREA AMBULANCE, P.O. BOX 726, NEW CUMBERLAND, PA 17070-0726 |
| 5570782 | + | YORK COUNTY TAX CLAIM BUREAU, 28 EAST MARKET STREET, ROOM 110, YORK, PA 17401-1587 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5570759 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 26 2024 18:37:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 5570760 | | Email/Text: info@bayareareceivables.com | Jan 26 2024 18:37:00 | BAY AREA RECEIVABLES, ATTN: BANKRUPTCY, PO BOX 3535, SALISBURY, MD 21802 |
| 5583442 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 26 2024 18:37:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5570761 | + | Email/Text: bankruptcy@cavps.com | Jan 26 2024 18:38:00 | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY, 500 SUMMIT LAKE DRIVE, SUITE 400, VAHALLA, NY 10595-2321 |
| 5570763 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2024 18:45:54 | CITIBANK/THE HOME DEPOT, 701 EAST 60TH STREET NORTH, SIOUX FALLS, SD 57104-0432 |
| 5570764 | + | Email/Text: dylan.succa@commercialacceptance.net | Jan 26 2024 18:37:00 | COMMERCIAL ACCEPTANCE COMPANY, ATTN: BANKRUPTCY, 2300 GETTYSBURG ROAD, SUITE 102, CAMP HILL, PA 17011-7303 |
| 5575236 | + | Email/Text: bankruptcy@cavps.com | Jan 26 2024 18:38:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5570768 | | Email/Text: bankruptcydepartment@fcscollect.com | Jan 26 2024 18:37:00 | FIDELITY CREDITOR SERVICE, ATTN: BANKRUPTCY, 441 NORTH VARNEY STREET, BURBANK, CA 91502 |
| 5570757 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 26 2024 18:37:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5570772 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 26 2024 18:37:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 5570773 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2024 18:45:53 | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 5576847 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2024 18:45:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5570774 | | Email/Text: camanagement@mtb.com | Jan 26 2024 18:38:00 | M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 5570756 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 26 2024 18:38:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5582270 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 26 2024 18:37:00 | PNC BANK N.A., 3232 NEWMARK DR, MIAMISBURG, OH 45342 |
| 5582894 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 26 2024 18:37:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 5570775 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 26 2024 18:37:00 | PNC MORTGAGE, ATTN: BANKRUPTCY, 8177 WASHINGTON CHURCH RD,, DAYTON, OH 45458 |
| 5570771 | | Email/Text: signed.order@pfwattorneys.com | Jan 26 2024 18:37:00 | IAN Z. WINOGRAD, ESQUIRE, PRESSLER FELT & WARSHAW, 7 ENTIN RD., PARSIPPANY, NJ 07054-5020 |
| 5571651 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 26 2024 18:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5570755 | + | Email/Text: karen.brown@treasury.gov | Jan 26 2024 18:37:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5570777 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 26 2024 18:45:53 | SYNCHRONRY BANK, P.O. BOX 71778, PHILADELPHIA, PA 19176-1778 |
| 5570778 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 26 2024 18:45:57 | SYNCHRONY BANK, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5570779 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 26 2024 18:45:56 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5583605 | | Email/PDF: ebn_ais@aisinfo.com | Jan 26 2024 18:45:53 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5570781 | + | Email/Text: bncmail@w-legal.com | Jan 26 2024 18:38:00 | TARGET, C/O FINANCIAL & RETAIL SRVS, P.O. BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 5570780 | + | Email/Text: bncmail@w-legal.com | Jan 26 2024 18:38:00 | TARGET, C/O FINANCIAL & RETAIL SRVS, MAILSTOP BT POB 9475, MINNEAPOLIS, MN 55440-9475 |
| 5580935 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 26 2024 18:38:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5570758 | | Email/Text: kcm@yatb.com | Jan 26 2024 18:37:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5570753 | *+ | DENNIS WAYNE TYNDALL, 224 FIRST AVENUE, RED LION, PA 17356-1612 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Dennis Wayne Tyndall hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,ephillips@cgalaw.com,imccauley@cgalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Dennis Wayne Tyndall,
aka Dennis W. Tyndall,

    **Debtor 1**

Chapter 13

Case No. 1:23−bk−02289−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**February 21, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: February 28, 2024<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 26, 2024 |

ntcnfhrg (08/21)