United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-02289-HWV |
| Dennis Wayne Tyndall | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Feb 13, 2024 | Form ID: ordsmiss | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dennis Wayne Tyndall, 224 First Avenue, Red Lion, PA 17356-1612 |
| 5570762 | + | CITIBANK, P.O. BOX 6097, SIOUX FALLS, SD 57117-6097 |
| 5570765 | + | DAVID J APOTHAKER, ESQ., APOTHAKER SCIAN PC, 100 CENTURY PARKWAY STE 310, MOUNT LAUREL, NJ 08054-1155 |
| 5570766 | + | DAVID J. APOTHAKER, ESQ., 520 FELLOWSHIP ROAD, C306, MOUNT LAUREL, NJ 08054-3410 |
| 5570767 | + | DAVID J. APOTHAKER, ESQUIRE, 520 FELLOWSHIP ROAD, P.O. BOX 5496, MOUNT LAUREL, NJ 08054-5496 |
| 5570754 | + | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5570769 | + | FIRST CAPITAL TRANSPORT, PO BOX 726, NEW CUMBERLAND, PA 17070-0726 |
| 5570770 | + | FSTAMPAY-MERMACLSE ACQ, 100 THROCKMORTON ST STE, FT WORTH, TX 76102-2870 |
| 5582047 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 5570776 | + | RED LION AREA AMBULANCE, P.O. BOX 726, NEW CUMBERLAND, PA 17070-0726 |
| 5594958 | | Wellspan Health, P O Box 15119, York, PA 17405-7119 |
| 5570782 | + | YORK COUNTY TAX CLAIM BUREAU, 28 EAST MARKET STREET, ROOM 110, YORK, PA 17401-1587 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5570759 | + | EDI: BANKAMER | Feb 13 2024 23:40:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 5570760 | | Email/Text: info@bayareareceivables.com | Feb 13 2024 18:42:00 | BAY AREA RECEIVABLES, ATTN: BANKRUPTCY, PO BOX 3535, SALISBURY, MD 21802 |
| 5583442 | | EDI: BANKAMER | Feb 13 2024 23:40:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5570761 | + | Email/Text: bankruptcy@cavps.com | Feb 13 2024 18:42:00 | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY, 500 SUMMIT LAKE DRIVE, SUITE 400, VAHALLA, NY 10595-2321 |
| 5570763 | + | EDI: CITICORP | Feb 13 2024 23:40:00 | CITIBANK/THE HOME DEPOT, 701 EAST 60TH STREET NORTH, SIOUX FALLS, SD 57104-0432 |
| 5570764 | + | Email/Text: dylan.succa@commercialacceptance.net | Feb 13 2024 18:42:00 | COMMERCIAL ACCEPTANCE COMPANY, ATTN: BANKRUPTCY, 2300 GETTYSBURG ROAD, SUITE 102, CAMP HILL, PA 17011-7303 |
| 5575236 | + | Email/Text: bankruptcy@cavps.com | Feb 13 2024 18:42:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5570768 | | Email/Text: bankruptcydepartment@fcscollect.com | Feb 13 2024 18:42:00 | FIDELITY CREDITOR SERVICE, ATTN: BANKRUPTCY, 441 NORTH VARNEY STREET, BURBANK, CA 91502 |
| 5570757 | | EDI: IRS.COM | Feb 13 2024 23:40:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5570772 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 13 2024 18:42:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 5570773 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2024 18:46:08 | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 5576847 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 13 2024 18:46:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5570774 | | Email/Text: camanagement@mtb.com | Feb 13 2024 18:42:00 | M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 5570756 | + | EDI: PENNDEPTREV | Feb 13 2024 23:40:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5570756 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 13 2024 18:42:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5582270 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 13 2024 18:42:00 | PNC BANK N.A., 3232 NEWMARK DR, MIAMISBURG, OH 45342 |
| 5582894 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 13 2024 18:42:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 5570775 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 13 2024 18:42:00 | PNC MORTGAGE, ATTN: BANKRUPTCY, 8177 WASHINGTON CHURCH RD,, DAYTON, OH 45458 |
| 5570771 | | Email/Text: signed.order@pfwattorneys.com | Feb 13 2024 18:42:00 | IAN Z. WINOGRAD, ESQUIRE, PRESSLER FELT & WARSHAW, 7 ENTIN RD., PARSIPPANY, NJ 07054-5020 |
| 5571651 | | EDI: PENNDEPTREV | Feb 13 2024 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5571651 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 13 2024 18:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5570755 | + | Email/Text: karen.brown@treasury.gov | Feb 13 2024 18:42:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5570777 | | EDI: SYNC | Feb 13 2024 23:40:00 | SYNCHRONRY BANK, P.O. BOX 71778, PHILADELPHIA, PA 19176-1778 |
| 5570778 | + | EDI: SYNC | Feb 13 2024 23:40:00 | SYNCHRONY BANK, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5570779 | + | EDI: SYNC | Feb 13 2024 23:40:00 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5583605 | | EDI: AIS.COM | Feb 13 2024 23:40:00 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5570781 | + | EDI: WTRRNBANK.COM | Feb 13 2024 23:40:00 | TARGET, C/O FINANCIAL & RETAIL SRVS, P.O. BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 5570780 | + | EDI: WTRRNBANK.COM | Feb 13 2024 23:40:00 | TARGET, C/O FINANCIAL & RETAIL SRVS, MAILSTOP BT POB 9475, MINNEAPOLIS, MN 55440-9475 |
| 5580935 | | EDI: USBANKARS.COM | Feb 13 2024 23:40:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5570758 | | Email/Text: kcm@yatb.com | Feb 13 2024 18:42:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5570753 | *+ | DENNIS WAYNE TYNDALL, 224 FIRST AVENUE, RED LION, PA 17356-1612 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2024            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Dennis Wayne Tyndall hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,ephillips@cgalaw.com,imccauley@cgalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Dennis Wayne Tyndall, aka Dennis W. Tyndall, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:23−bk−02289−HWV |

### Order

**IT IS ORDERED** that the case is hereby dismissed as to Debtor 1 for failure to comply with Order dated October 5, 2023.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: February 13, 2024

ordsmiss (05/18)